IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kimbrough, Monique S | Case Number: 07 B 04458 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 3/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 737.10 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 697.30 |
| Trustee Fee: | | 39.80 |
| Other Funds: | | 0.00 |
| Totals: | 737.10 | 737.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,474.00 | 697.30 |
| 2. | Internal Revenue Service | Priority | 1,682.30 | 0.00 |
| 3. | Consumer Portfolio Services | Unsecured | 89.98 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 32.32 | 0.00 |
| 5. | ER Solutions | Unsecured | 45.02 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 0.76 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 1,068.93 | 0.00 |
| 8. | T Mobile USA | Unsecured | 67.93 | 0.00 |
| 9. | Nicor Gas | Unsecured | 90.03 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 196.18 | 0.00 |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | CNA | Unsecured | | No Claim Filed |
| 13. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Collection Bureau Of America | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Falls Collection Service | Unsecured | | No Claim Filed |
| 20. | ERS Solutions | Unsecured | | No Claim Filed |
| 21. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 22. | Midland Credit Management | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kimbrough, Monique S

Printed: 4/8/08

Case Number: 07 B 04458
Judge: Wedoff, Eugene R
Filed: 3/13/07

| | | | |
|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | No Claim Filed |
| 27. | North Shore Agency Inc | Unsecured | No Claim Filed |
| 28. | North Shore Agency Inc | Unsecured | No Claim Filed |
| 29. | Silkies | Unsecured | No Claim Filed |
| 30. | OSI Recovery Solutions | Unsecured | No Claim Filed |
| 31. | Illinois Institute Of Art | Unsecured | No Claim Filed |
| 32. | The Habitat Com | Unsecured | No Claim Filed |
| 33. | Access Receivables | Unsecured | No Claim Filed |
| 34. | Wexler & Wexler | Unsecured | No Claim Filed |
| 35. | Credit Protection Association | Unsecured | No Claim Filed |
| 36. | Seawest Finance Corp | Unsecured | No Claim Filed |

$ 5,747.45         $ 697.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.80 |

$ 39.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M. Mach_